Jones Walker LLP
Joseph F. Lavigne, T.A. (#28119) (admitted pro hac)
Thomas P. Hubert (#19625) (admitted pro hac)
P.J. Kee (#34860) (pro hac application pending)
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Emails: jlavigne@joneswalker.com
         thubert@joneswalker.com
         pkee@jonesewalker.com

*Attorneys for Fibrebond Corporation*

LUBIN & ENOCH, P.C.
Nicholas J. Enoch, State Bar No. 016473
Kaitlyn A. Redfield-Ortiz, State Bar No. 030318
Stanley Lubin, State Bar No. 003076
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com

*Attorneys for Defendant Kevin Neff*

Corcoran IP Law PLLC
Peter Joseph Corcoran, III (Pro Hac Vice)
2019 Richmond Road, Suite 380
Texarkana, Texas 75503
Telephone: (903) 701-2481
Email: peter@corcoranip.com

*Attorneys for Plaintiffs Axis Teknologies, LLC and AXS Mobility Corporation*

///

///

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Axis Teknologies, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Fibrebond Corporation, et al.,<br><br>Defendants. | **Civil Action No.** CV 18-3150-PHX-SMB<br><br>**Joint Notice of Settlement** |

Plaintiffs, Axis Teknologies, LLC and AXS Mobility Corporation, and Defendants, Fibrebond Corporation and Kevin Neff, hereby notify the Court that they have reached a settlement resolving all disputes in this matter. The filing of a Joint Motion to Dismiss is forthcoming whereby the parties will request that the District Court dismiss all claims brought by all parties and this lawsuit be dismissed, with prejudice, each party to bear its own costs and attorneys' fees. In light of the settlement reached by the parties, the mediation scheduled for April 10, 2019, is no longer necessary, and the Parties jointly request that the mediation conference be vacated.

Respectfully submitted,

Jones Walker LLP

*/s/ Joseph F. Lavigne*
Joseph F. Lavigne, T.A.
Thomas P. Hubert
PJ Kee
***Attorneys for Fibrebond Corporation***

AND

LUBIN & ENOCH P.C.

*/s/ Stanley Lubin*
Stanley Lubin
Nicholas J. Enoch
Kaitlyn Redfield-Ortiz
**Attorneys for Defendant Kevin Neff**

AND

Corcoran IP Law PLLC

*/s/ Peter Joseph Corcoran, III*
Peter Joseph Corcoran, III
**Attorneys for Plaintiffs Axis Teknologies, LLC and AXS Mobility Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, the foregoing pleading was served on all counsel of record through the Court's electronic filing system.

*/s/ Cristina Gallardo-Sanidad*