# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Axis Teknologies LLC, et al., | No. CV-18-03150-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Fibrebond Corporation, et al., | |
| Defendants. | |

Considering the parties' Joint Motion to Dismiss (Doc. 120),

**IT IS ORDERED** that the Joint Motion to Dismiss is **GRANTED** and that all claims and this lawsuit are hereby dismissed, with prejudice, each party to bear its own costs, expenses and attorneys' fees.

Dated this 15th day of April, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge